UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __POTVIN__ | |
| Plaintiff | |
| | CIVIL ACTION |
| V. | |
| | NO. __23-12809-WGY__ |
| __SHARKNINJA OPERATING LLC__ | |
| Defendant | |

### ORDER OF DISMISSAL

__YOUNG, DJ__ ,

    In accordance with the Court's allowance of the defendant's motion to dismiss on __June 13, 2024__ , and for failure of the plaintiff to file a motion for leave to file an amended complaint, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

__January 29, 2025__                     __/s/ Jennifer Gaudet__
Date                                             Deputy Clerk